# UNITED STATES DISTRICT COURT
### for the

Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LISA JEANINE FINDLEY | ) |
| a/k/a LISA HOLDEN | ) Case No. 2:24-cr-20145-JTF-tmp |
| a/k/a LISA HOWELL | ) |
| a/k/a GREGORY NAUSSANY | ) **FILED UNDER SEAL** |
| a/k/a KURT NAUSSANY | ) |
| a/k/a LISA JEANINE SULLINS | ) |
| a/k/a CAROLYN WILLIAMS | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between the date(s) of ___07/2023 through 08/2024___ in the county of ___Shelby___ in the ___Western___ District of ___Tennessee___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Townsend-SA FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___08/15/2024___

_____
*Judge's signature*

City and state: ___Memphis, TN___

Hon. Tu M. Pham, Chief U.S. Magistrate Jude
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

IN THE MATTER OF AN APPLICATION
FOR A WARRANT TO ARREST:

LISA JEANINE FINDLEY
a/k/a LISA HOLDEN
a/k/a LISA HOWELL
a/k/a GREGORY NAUSSANY
a/k/a KURT NAUSSANY
a/k/a LISA JEANINE SULLINS
a/k/a CAROLYN WILLIAMS

Case No. ___2:24-cr-20145-JTF-tmp___

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR AN ARREST WARRANT

I, Christopher Townsend, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2016. I am currently assigned to the FBI Field Office in Memphis, Tennessee. During the course of my employment with the FBI, I have been assigned to investigate white collar crime cases, including corporate fraud, mortgage fraud, wire fraud, mail fraud, health care fraud, and money laundering cases. I have participated in numerous investigations; in the service of arrest and search warrants; and the interviews of suspects, witnesses, and other persons having knowledge of the violations of law relating to those violations which fall within the scope of the FBI's jurisdiction.

2.     I make this affidavit under Federal Rule of Criminal Procedure 4 ("Rule 4") in support of a criminal complaint, and seek the issuance of an arrest and seizure warrant for LISA JEANINE FINDLEY ("FINDLEY") (also known as "Lisa Holden," "Lisa Howell," "Gregory

Naussany," "Kurt Naussany," "Lisa Jeanine Sullins," and "Carolyn Williams") for violations of **18 U.S.C. §§ 1341 (Mail Fraud) and 1028A (Aggravated Identity Theft).**

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Pursuant to Rule 4, the requested warrant may be executed by an "authorized officer" and may be executed "within the jurisdiction of the United States." Special Agents with the FBI, and Postal Inspectors with the United States Postal Inspection Service (who are also involved in the investigation of this case), are authorized federal law enforcement officers under 18 U.S.C. §§ 3052 and 3061, respectively.

## <u>SUMMARY OF PROBABLE CAUSE</u>

5. Using a series of aliases, email addresses, and fake documents, FINDLEY engaged in a scheme to defraud Elvis Presley's family for millions of dollars by threatening to foreclose on the "Graceland" estate owned by Mr. Presley's family and auction Graceland to the highest bidder as part of a fraudulent non-judicial sale she scheduled for May 23, 2024. As part of this scheme to defraud:

    a. FINDLEY concealed and disguised from her victims her identity, the existence of the scheme to defraud, and her involvement in the scheme, by using aliases, including "Gregory Naussany," "Kurt Naussany," and "Carolyn Williams," and email addresses, including carolyn.williams.niplllc@outlook.com, gregoryenaussanyniplflorida@hotmail.com, and naussanyinvestmentsllc@outlook.com.

2

b. FINDLEY used these aliases and email addresses to create the false and fraudulent impression that "Naussany Investments & Private Lending LLC," a/k/a "NIPL LLC" ("Naussany Investments"), was a real company engaged in the business of making personal loans.

c. FINDLEY falsely and fraudulently represented to attorneys for D.R.K. (Mr. Presley's granddaughter) that, before her death, L.M.P. (Mr. Presley's daughter and D.R.K.'s mother), had (i) borrowed $3.8 million from Naussany Investments in 2018, (ii) pledged Graceland as collateral for the loan, and (iii) defaulted on the loan.

d. FINDLEY used, without lawful authority, L.M.P.'s name and signature, as well as the names, signatures, and notary seals of other real persons, to create fake loan documents purporting to memorialize L.M.P.'s 2018 agreement to borrow $3.8 million from Naussany Investments and pledge Graceland as collateral for the loan, including a fake promissory note and deed of trust.

e. FINDLEY used the fake loan documents as part of a false and fraudulent creditor's claim filed on behalf of Naussany Investments in the Superior Court of California, County of Los Angeles ("California Superior Court"), in connection with the administration of L.M.P.'s estate. FINDLEY also filed other fake documents in support of Naussany Investments' false and fraudulent creditor's claim, including fake bank records and mailing labels.

f. FINDLEY proposed to D.R.K.'s attorneys, without disclosing that the creditor's claim was false and fraudulent, that she would be agreeable to settling the claim for $2.85 million, which represented 75% of the amount that FINDLEY falsely and fraudulently claimed that L.M.P. had borrowed.

g. FINDLEY submitted the fake loan documents to the Shelby County Register's Office in Memphis, Tennessee, to record fraudulently the fake deed of trust and facilitate the fraudulent sale of Graceland.

h. FINDLEY published in *The Commercial Appeal* (one of Memphis, Tennessee's daily newspapers) a fraudulent "Notice of Foreclosure Sale" that falsely and fraudulently represented to the public that L.M.P. had borrowed $3.8 million from Naussany Investments in 2018, pledged Graceland as collateral for the loan, and defaulted on the loan. The false and fraudulent "Notice of Foreclosure Sale" also represented to the public that Graceland would be sold to the highest bidder in an auction to be held on May 23, 2024.

i. After D.R.K. filed a lawsuit in the Shelby County Chancery Court in Memphis, Tennessee to stop the fraudulent sale of Graceland, FINDLEY submitted to the Shelby County Chancery Court filings and documents that contained materially false and fraudulent representations.

j. After FINDLEY's scheme attracted global media attention, FINDLEY made false and fraudulent representations to D.R.K.'s attorneys, the Shelby County Chancery Court, and the press creating the false and fraudulent impression that the person responsible for the scheme was a Nigerian identity thief located in Nigeria.

4

## STATEMENT OF PROBABLE CAUSE

6.     Based on witness interviews I have conducted, my review of documents obtained from third parties, reports of interviews conducted by other law enforcement officers, conversations with other law enforcement officers, and publicly filed documents, I have reason to believe the following:

### Elvis Presley and Graceland

7.     Elvis Presley was a world-renowned singer, actor, and cultural icon. In and around 1957, Mr. Presley purchased a 13.8-acre estate in Memphis, Tennessee, known as "Graceland," as a home for himself and his family. Mr. Presley lived at Graceland for twenty years until his death in August 1977.

8.     In and around 1982, Graceland opened to the public. Since then, Graceland has grown to become one of the most visited private homes in America. In and around 1991, Graceland was placed on the National Register of Historic Places. In and around 2006, it was designated by the Secretary of the United States Department of the Interior as a National Historic Landmark.

9.     Since Mr. Presley's death, Graceland has remained in Mr. Presley's family. Beginning in and around 1993, Graceland was owned by a revocable trust established by Mr. Presley's only child, L.M.P. After L.M.P.'s death in January 2023, her daughter, D.R.K., became trustee. As trustee, D.R.K. was Graceland's sole owner.

## The Scheme to Defraud

### *July 2023: FINDLEY Created False Creditor's Claim and Sent to Attorneys for D.R.K.*

10.     Based on my review of records provided by Microsoft, on or about July 14, 2023, the email address "naussanyinvestmentsllc@outlook.com" was created.

11.     Based on the investigation to date, including my review of records provided by Microsoft, on or about July 14, 2023, an individual purporting to be "Kurt Naussany," Chief Lending Officer for Naussany Investments & Private Lending LLC ("Naussany Investments" or "NIPL"), sent an email to D.R.K.'s attorneys using this newly created Outlook email address. The individual falsely claimed that L.M.P. had taken a collateral loan with Naussany Investments and defaulted on her debts before her death. The individual threatened to foreclose on the property that had been used as collateral if D.R.K. did not respond within 10 days. D.R.K.'s attorneys asked for more information about the loan.

12.     Based on my review of documents obtained during the investigation, as well as records from the United States Postal Service ("USPS"), on or about July 28, 2023, a package containing a "creditor's claim" and supporting documentation was mailed from a U.S. Post Office in Kimberling City, Missouri to L.M.P.'s business manager in Woodland Hills, California. The purported creditor's claim was captioned for filing in the California Superior Court in connection with the administration of L.M.P.'s estate. The creditor's claim listed "NIPL LLC/[Bank #1]" as the claimant.

6

13.    In the portion of the purported creditor's claim that required the purported claimant to list the "Facts Supporting the Claim," the purported claimant stated:

    a.  L.M.P. had borrowed $3.8 million dollars from Naussany Investments in 2018;

    b.  L.M.P. pledged Graceland as collateral for the loan;

    c.  L.M.P. defaulted on the loan; and

    d.  Naussany Investments mailed letters notifying L.M.P. of the default and the letters were "refused and returned" by L.M.P. or her representatives.

14.    The purported creditor's claim was purportedly signed by "Gregory Naussany" and listed his title as "Lender," and "declare[d] under the penalty of perjury under the laws of the State of California that the foregoing [creditor's claim] [was] true and correct."

15.    Numerous documents were submitted as supporting documentation for the purported creditor's claim, including among other documents:

    a.  A "Standard Promissory Note," which purported to memorialize L.M.P.'s 2018 agreement to borrow $3.8 million from Naussany Investments (the "Promissory Note"). The Promissory Note was purportedly signed by L.M.P. in person in Florida before K.P., a Notary Public for the State of Florida, who purportedly notarized the document.

    b.  A "Deed of Trust," which purported to memorialize L.M.P.'s pledge of Graceland as collateral for $3.8 million loan from Naussany Investments (the "Deed of Trust"). The Deed of Trust was purportedly signed by L.M.P. in person in Florida before K.P. and notarized by K.P.

7

c. Bank records from Bank #1, which purported to document Naussany Investments' disbursement of funds to L.M.P. in the amount of $3.8 million in 2018 (the "Bank #1 Records").

d. Three mailing labels, which purported to document Naussany Investments' repeated attempts to provide notice to L.M.P. of impending legal action for her default on the $3.8 million loan (the "Mailing Labels").

16. The purported creditor's claim included a proposed a settlement: "Lender will agree to a settlement arrangement to not proceed with legal action if the Trustee agrees to pay 75% of the amount that was borrowed from namely L.M.P. and that settlement amount being $2,850,000.00."

17. Based on the investigation to date, I respectfully submit that there is probable cause to believe that Naussany Investments' purported creditor's claim is fraudulent and was part of a scheme to defraud the Presley family, among others, and fraudulently obtain millions of dollars and the Presley family's ownership interest in Graceland. Among other things:

a. There is probable cause that L.M.P.'s signature on the purported loan documents and deed of trust is a forgery. L.M.P.'s representatives confirmed that L.M.P. did not sign the papers or travel to Florida in 2018, and the notary who purportedly acknowledged L.M.P.'s signature (namely, K.P.) stated under oath that she neither notarized the papers nor ever met L.M.P.

8

b. There is probable cause that the Bank #1 Records attached to the creditor's claim as proof of the $3.8 million loan to L.M.P. were fake. Specifically, information obtained from Bank #1 indicates that the purported cashier's check and correspondence from Bank #1 were not, in fact, issued or created by Bank #1.

c. Based on my review of records from the Florida Department of State, Naussany Investments was not registered as a corporate entity in Florida until May 21, 2024, which was the day before Naussany Investments was required to respond to an action brought by D.R.K. in Shelby County Chancery Court to block the sale of Graceland (which is described in greater detail below).

d. Based on information obtained from the USPS, the purported Mailing Labels used to mail the fraudulent documents addressed to L.M.P.'s attention to an address in Woodland Hills, CA were also fraudulent.

18. Based on the investigation date, including my review of records from USPS, TextNow, T-Mobile, Google and Bank #2, there is probable cause to believe that FINDLEY created or caused to be created the false creditor's claims. There is also probable cause to believe that FINDLEY sent and filed or caused to be sent and filed the false creditor's claims. The July 28, 2023 creditor's claim used as Naussany Investments' business address the U.S. Post Office located near FINDLEY's home and at which FINDLEY had rented a PO Box, namely PO Box 1015 in Hollister, Missouri ("PO Box #1"). The rental application was submitted in the name of FINDLEY's alias, "Lisa Holden," and lists a telephone number ending 7570 as her telephone number. The July 28, 2023 creditor's claim was mailed from FINDLEY's Post Office in and

9

around Kimberling City, Missouri, to D.R.K. The July 28, 2023 creditor's claim used as Naussany Investments' business contact a telephone number linked to FINDLEY (a telephone number ending 7074). During the relevant time, that telephone number was assigned by TextNow (a VoiP service provider) to a user with the email ljhowell71@gmail.com. That email is a combination of one of FINDLEY's aliases ("Lisa J. Howell") and her birth year (1971). Google records show that ljhowell71@gmail.com is linked via Google Pay to bank accounts in FINDLEY's name and uses FINDLEY's personal mobile (ending 7570) as the recovery phone number for the account. T-Mobile records confirm that "Lisa J Holden," which is one of FINDLEY's known aliases, is listed as the subscriber and pays for a telephone number ending 7570 and a telephone number ending 9453. Records obtained from the California Department of Motor Vehicles confirm that FINDLEY, previously known as "Holden," continued to use that name.

19.     The September 18, 2023 and January 31, 2024 creditor's claims listed as Naussany Investments' business address two PO Boxes in U.S. Post Offices located near FINDLEY's home that FINDLEY rented and used: PO Box #1 (described above) and PO Box #514 in Kimberling City, Missouri ("PO Box #2").

20.     The rental application for PO Box #2 lists "Lisa Findley" as the "CEO" of "NIPL LLC," and lists "Kurt Naussany" and "Carolyn Williams" as individuals authorized to receive mail at that address. In addition, the rental application for PO Box #2 and the January 31, 2024 creditor's claim listed as Naussany Investments' contact information a telephone number linked to FINDLEY (a telephone number ending 3857). During the relevant time, that telephone number was assigned by TextNow to a user with the email address kurt.naussany.1977@gmail.com. Google records show that kurt.naussany.1977@gmail.com uses FINDLEY's personal mobile (ending 7570) as the recovery phone number for the account. Records from Bank #2 also show

10

that FINDLEY used her personal checking account (ending in 8118), in the name of her alias "Lisa Holden," to pay fees to the California Superior Court in Los Angeles County around the same time the January 31, 2024 creditor's claim was filed with that same court. Bank #2 records list a telephone number ending 7570 as FINDLEY's contact telephone number.

*September 2023: FINDLEY Filed False Creditor's Claim with the California Superior Court*

21.     Based on my review of records obtained from the California Superior Court, on or about September 18, 2023, the fraudulent creditor's claim together with the fraudulent supporting documentation was filed with the California Superior Court. The filed version of the fraudulent creditor's claim was signed by an individual purporting to be "Carolyn Williams Sr Collections Officer." At the end of the false and fraudulent creditor's claim, it contained another proposal to settle its claim for $2,850,000.00.

22.     Based on my review of records provided by Microsoft, on or about September 19, 2023, one day after the alias "Carolyn Williams" was used to file the false and fraudulent creditor's claim in California Superior Court, the email address carolyn.williams.niplllc@outlook.com was created.

*November-December 2023: FINDLEY Sent Fraudulent Documents to the Shelby County Register's Office*

23.     Based on my review of records provided by USPS, on or about November 30, 2023, FINDLEY applied for Post Office Box service at a United States Post Office in Kimberling City, Missouri. In the application, FINDLEY represented that the service was for business use by "NIPL LLC." FINDLEY identified "Lisa Findley" as NIPL LLC's "CEO" and listed naussanyinvestmentsllc@outlook.com as NIPL LLC's email address. The Post Office assigned PO Box #2 to NIPL LLC.

11

24.     Based on my review of records provided by USPS and the Shelby County Register's Office, later that day, FINDLEY placed in a United States Post Office in Kimberling City, Missouri, a package that was sent and delivered by the United States Postal Service via Certified Mail to an address in Memphis, Tennessee (the "November 30, 2023 Package"). The mailing label, addressed to "Shelby County Register," stated that the sender was "NIPL LLC." FINDLEY used as NIPL LLC's business address the PO Box FINDLEY had rented earlier that day: PO Box #2. The package contained a document titled "Authorization Agreement for Direct Payments (ACH Debits) FY24," which authorized the Shelby County Register to debit NIPL LLC's account for the payment of any fees incurred by NIPL LLC. The agreement was signed using the alias "Carolyn Williams."

25.     Based on my review of records provided by Microsoft, the Shelby County Register's Office, T-Mobile, and TextNow, and witness interviews, in and around December 2023, an individual purporting to be "Carolyn Williams" telephoned the Shelby County Register's office with questions about setting up an e-file account and e-filing the fake Deed of Trust.

26.     Based on my review of records provided by Microsoft and the Shelby County Register's Office, and witness interviews, also, in and around December 2023, an individual sent numerous emails about the fake Promissory Note and Deed of Trust using the alias "Carolyn Williams" at carolyn.williams.niplllc@outlook.com to the Shelby County Register's office. For example, on or about December 19, 2023, an email was sent from "Carolyn Williams" attaching a copy of the fraudulent Promissory Note and Deed of Trust. The fraudulent Deed of Trust was modified to include a handwritten note listing as NIPL LLC's address "[PO Box #2], Kimberling City, MO."

12

27. Based on my review of records provided by Microsoft and the Shelby County Register's Office, and witness interviews, an individual using the alias "Carolyn Williams" executed two false affidavits that accompanied the false Promissory Note and Deed of Trust that was emailed to the Shelby County Register's office, each of which falsely and fraudulently represented: "I, Carolyn Williams, do hereby make oath that I am a licensed attorney and/or the custodian of the original version of the electronic document tendered for registration herewith and that this electronic document is a true and exact copy of the original document executed and authenticated according to law on December 15, 2023." In truth and in fact, these affidavits were false. As explained above, there is probable cause to believe the Promissory Note and Deed of Trust were fake.

28. Based on the investigation date, including my review of records from Shelby County Register's Office, TextNow, T-Mobile, and Bank #2, there is probable cause to believe that FINDLEY created or caused to be created the fraudulent documents e-filed and emailed to the Shelby County Register's Office, as well as the November 30, 2023 Package mailed from Kimberling City, Missouri to the Shelby County Register's Office in Memphis, Tennessee. There is also probable cause to believe that FINDLEY e-filed, emailed, and mailed via U.S. mail the fraudulent documents submitted and sent to the Shelby County Register's Office. First, the "authorization agreement" for payment of the fees Naussany Investments owed for filing the deed of trust was signed by "Carolyn Williams" on behalf of NIPL LLC. The bank account number listed on the authorization agreement (ending in 2921) was a personal checking account at Bank #2 in the name of FINDLEY's alias, "Lisa Holden." The authorization agreement listed as Naussany Investments' contact a telephone number that was linked to FINDLEY (ending 3857) for the reasons described above. Second, toll records from TextNow and T-Mobile show that

13

FINDLEY used telephone numbers belonging to her to repeatedly call the Shelby County Register's Office. These telephone numbers include a number ending 3857 (discussed immediately above), a telephone number ending 7570 and a telephone number ending 9453. Third, the address used by the sender of the November 30, 2023 package was PO Box #2, Kimberling City, Missouri, which was the PO Box rented by FINDLEY using her own name and using an application that listed "Carolyn Williams" as a person who was to receive mail using that same PO Box.

*January-May 2024: FINDLEY Threatened to Foreclose on Graceland*

29.     Based on my review of records provided by Microsoft and others, on or about January 16, 2024, an email was sent from an individual purporting to be "Kurt Naussany" at naussanyinvestmentsllc@outlook.com to D.R.K.'s attorneys threatening to foreclose on Graceland: "[A]s of [the] date the Loan has not been taken care of which has left us no choice but to Advertise the Notice of Foreclosure Sale, February 20, 2024, in the Tennessee Tribune. The Loan is seriously in default and creditors claim has been filed with also being ignored. Copies of the loan documents have been mailed out certified mail to [D.R.K.] again with no response."

30.     Based on my review of records provided by the California Superior Court, on or about January 31, 2024, a second false and fraudulent creditor's claim was filed in California Superior Court that repeated the false and fraudulent representations made in the false and fraudulent creditor's claim previously filed on or about September 18, 2023 in California Superior Court. It listed PO Box #2, Kimberling City, Missouri as Naussany Investments' address.

14

31.     Based on my review of records provided by Microsoft, on or about April 18, 2024, an individual purporting to be "Kurt Naussany" sent an email from naussanyinvestmentsllc@outlook.com to D.R.K.'s attorneys repeating the threat to take Graceland from Mr. Presley's family and sell it to the highest bidder:

> Please be advised that we have made numerous attempts to settle the Creditors Claim with your Client [D.R.K.], Trustee .... We are now prepared to Foreclose on secured property Graceland and hold Public Auction in 20 (twenty) days. We have tried relentlessly reaching out and no cooperation.
>
> Regards
> K. Naussany
> Naussany Investments LLC
>
> **Disclaimer**: With a **nonjudicial foreclosure**, court action isn't required. Instead, the bank will follow the out-of-court process outlined in state law. After completing the required state procedures, the bank will sell the property at a foreclosure sale.
>
> In Tennessee, most banks use the nonjudicial process because it's faster and cheaper than litigating a lawsuit.
>
> **Nonjudicial process**: The lender gives the homeowner notice of their intent to foreclose, and the process proceeds without further input from the court.

32.     Based on my review of records provided by Microsoft and Gannett GP Media, Inc., on or about May 2, 2024, an individual purporting to be J.O. placed an order to publish a false and fraudulent "Notice of Foreclosure Sale" in *The Commercial Appeal* on May 5, 2024, May 12, 2024, and May 19, 2024, respectively. The false and fraudulent "Notice of Foreclosure Sale" falsely and fraudulently represented to the public that L.M.P. had borrowed $3.8 million from Naussany Investments in 2018, pledged Graceland as collateral for the loan, and defaulted on the loan. The false and fraudulent "Notice of Foreclosure Sale" also announced to the public that Graceland would be sold to the highest bidder in an auction to be held on May 23, 2024.

15

33.     Based on my review of records provided by Microsoft, later that day, on May 2, 2024, an individual purporting to be "Carolyn Williams" sent an email from carolyn.williams.niplllc@outlook.com to D.R.K.'s attorneys attaching a copy of the false and fraudulent "Notice of Foreclosure Sale," the receipt reflecting the order to publish it in *The Commercial Appeal*, and the publication schedule.

34.     Based on my review of records provided by Microsoft, on or about May 13, 2024, an individual purporting to be "Carolyn Williams" sent an email from carolyn.williams.niplllc@outlook.com to D.R.K.'s attorneys stating that Naussany Investments had already published two of the three foreclosure notices and was on the verge of publishing the third and final notice and holding the auction:

> Please take notice that the Foreclosure Notice has run 2 weeks now and the 3rd and final is May 19. The Trustee [D.R.K.] has been sent multiple certified letters return receipt with no response from her. As you are aware the loan given to L.M.P. is and has been defaulted. Bidding takes place May 23, 2024 from 10am to 12 pm to highest bidder.

35.     Based on the investigation to date, including my review of records from Gannett and T-Mobile, there is probable cause to believe that FINDLEY submitted or caused to be submitted the fraudulent "Notice of Foreclosure Sale." The Gannett receipt documenting the advertisement submission to publish the fraudulent "Notice of Foreclosure Sale" shows that e8315174@gmail.com was the email used in connection with the transaction. Google records establish that the recovery phone number for e8315174@gmail.com is a telephone number ending 9453. As described above, T-Mobile records show that the telephone number ending 9453 belongs to "Lisa Holden."

16

36.     Based on my review of records obtained from the Shelby County Chancery Court, on or about May 15, 2024, D.R.K. filed a lawsuit in the Shelby County Chancery Court in Memphis, Tennessee, alleging that Naussany Investments was a fraudulent entity created for the purpose of defrauding Mr. Presley's family and any potential purchaser of Graceland in the non-judicial foreclosure sale then-scheduled for May 23, 2024. D.R.K. sought to enjoin the auction. D.R.K. attached an affidavit from K.P. stating that K.P. had not met L.M.P., had not notarized any documents signed by L.M.P., and had not notarized the Promissory Note.

37.     On or about May 15, 2024, Chancellor JoeDae L. Jenkins issued an order temporarily enjoining "Kurt Naussany" and Naussany Investments from conducting a non-judicial foreclosure sale of Graceland pending an in-person hearing that the Chancellor scheduled for May 22, 2024.

38.     Based on my review of records provided by Microsoft, on or about May 20, 2024, in response to an inquiry from a CBS News producer seeking comment on D.R.K.'s lawsuit, an individual purporting to be "Carolyn Williams" and "Kurt Naussany" repeated the false and fraudulent representation that "Carolyn Williams" and "Kurt Naussany" were involved in making loans on behalf of Naussany Investments to L.M.P.:

      a. An individual purporting to be "Carolyn Williams" sent a response from carolyn.williams.niplllc@outlook.com stating that while she had "no knowledge of any filing in Chauncery [sic] Court in Shelby County," she believed "[t]he daughter is just trying to get out of paying her mothers [sic] bills it seems[.]" She added that "Mr. Naussany has known L.M.P. since martiage [sic] to Michael Jackson. … We

17

do have documentation and witnesses that can verify L.M.P. in our Florida office in 2018. …. [L.M.P.] has taken out several loans with Naussany Investments."

    b.  An individual purporting to be "Kurt Naussany" sent a separate response from naussanyinvestmentsllc@outlook.com asking when CBS News planned to air the story so that Naussany Investments could notify Bank #3 and Bank #1, "since they back [Naussany Investments'] loans."

39.    Later that day, in response to a communication from the CBS News producer informing "Carolyn Williams" and "Kurt Naussany" that a story would air on television and asking whether they had any response to K.P.'s sworn affidavit stating that K.P. had not met L.M.P., had not notarized any documents signed by L.M.P., and had not notarized the Promissory Note, an individual purporting to be "Carolyn Williams" and "Kurt Naussany" emailed the CBS News producer and changed her story:

    a.  An individual purporting to be "Carolyn Williams" sent an email from carolyn.williams.niplllc@outlook.com denying any involvement in the loan to L.M.P. and blaming "Gregory Naussany": "I myself did not do the loan, although I have known L.M.P. for many years. I believe Greg Naussany did the loan process. Greg and I are no longer partnered together. I have ventured out, [s]o whoever is filing paperwork may need to look at documents again. Greg Naussany works out of Jacksonville Florida office with another partner. So, they obviously have wrong information and wrong Naussany Investments."

18

b. An individual purporting to be "Kurt Naussany" sent an email from naussanyinvestmentsllc@outlook.com similarly denying any involvement in the loan to L.M.P. and blaming "Gregory Naussany": "I'm only going to state this, [D.R.K.] will need to contact Gregory Naussany in Jacksonville Florida. My name should not appear on anything with NAUSSANY INVESTMENTS AND PRIVATE LENDING LLC! That is not my investment company and has not been since 2015! My investment company is located on the West Coast. I did not sign any paperwork with L.M.P. So please get the story straight before defamation charges come about."

40. Based on my review of records provided by Microsoft, on or about May 21, 2024, the email address "gregoryenaussanyniplflorida@hotmail.com" was created.

41. Based on my review of records provided by the Florida Department of State, on or about May 21, 2024, papers were electronically filed with the Florida Department of State creating a limited liability company named "Naussany Investments & Private Lending, LLC."

42. Based on my review of records provided by Microsoft, later that day, an individual purporting to be "Kurt Naussany" began responding to media inquiries sent to naussanyinvestmentsllc@outlook.com by directing them to "Gregory E. Naussany" in Jacksonville, Florida at gregoryenaussanyniplflorida@hotmail.com. An individual purporting to be "Gregory Naussany," then sent emails from gregoryenaussanyniplflorida@hotmail.com stating that "Carolyn Williams" and "Kurt Naussany" had not been involved with Naussany Investments since 2015 and accepting personal responsibility for the loans made to L.M.P.

19

43.     Based on my review of records provided by Microsoft, later that day, an individual

purporting to be "Gregory Naussany" sent an email from

gregoryenaussanyniplflorida@hotmail.com to D.R.K.'s attorneys falsely and fraudulently

representing that "Gregory Naussany" had approved the $3.8 million loan to L.M.P. and that

neither "Kurt Naussany" nor "Carolyn Williams" have been with Naussany Investments since

2015.  The individual purporting to be "Gregory Naussany" then repeated the false and fraudulent

representation that L.M.P., or "LMP" as she called her, had a history of borrowing money from

Naussany Investments and had defaulted on the most recent loan:

> Please be advised that this is not the first loan or money borrowed by LMP.  I will
> be calling for all files from micro film [sic] in morning on LMP, for each loan she
> has taken out with my company.  LMP borrowing habits became more frequent in
> 2008.  We had sent multiple certified mailing's [sic] out to LMP, each mailing was
> either returned [sic] refused, not excepted [sic], there were emails sent to LMP and
> again with no response.  I will also be contacting my banks that back my loans to
> pull all cashier's checks made out to LMP.

The individual proposed to settle with D.R.K. for $2,850,000, writing: "I have given the option

for the trust to pay 75% of the loan in the creditors claim filed."

44.     Based on my review of records provided by the Shelby County Chancery Court,

later that day, an individual purporting to be "Gregory Naussany" filed in the Shelby County

Chancery Court a one-page response denying D.R.K.'s allegations that Naussany Investments'

claims were fraudulent.  The filing was signed using the alias "Gregory Naussany" and listed as

his email address gregoryenaussanyniplflorida@hotmail.com.

45.     On or about May 22, 2024, Chancellor Jenkins held a hearing on D.R.K.'s motion

in Shelby County Chancery Court.  No one appeared on behalf of "Gregory Naussany" or

Naussany Investments.  Chancellor Jenkins subsequently granted D.R.K.'s motion and issued an

order enjoining Naussany Investments from conducting a non-judicial foreclosure sale of Graceland.

46. Based on my review of records provided by Microsoft, later that day, an individual purporting to be "Gregory Naussany" sent an email from gregoryenaussanyniplflorida@hotmail.com to D.R.K.'s attorneys stating that Naussany Investments was dismissing its creditor's claim.

47. Based on my review of records provided by Microsoft, Documo, and publicly-available media sources, beginning on May 24, 2024, and continuing through at least May 29, 2024, the individual who had previously claimed to be "Gregory Naussany" made false and fraudulent representations to D.R.K.'s attorneys, the Shelby County Chancery Court, and the press creating the false and fraudulent impression that the person responsible for the scheme was a Nigerian identity thief located in Nigeria.

48. Specifically, the individual who previously claimed to be "Gregory Naussany" sent messages, written in different foreign languages, in which the individual purported to be the Nigeria-based identity thief. These messages were sent via fax and from gregoryenaussanyniplflorida@hotmail.com.

49. Based on the above information, there is probable cause to believe that, on or about November 30, 2023, FINDLEY, and others known and unknown to your affiant, aided and abetted by each other, in the Western District of Tennessee, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly place and cause to be placed in a United States Post Office or authorized depository for mail a thing to be sent and delivered by the United States Postal Service or any private or commercial interstate carrier, to wit a document titled "Authorization Agreement for Direct Payments (ACH Debits)

21

FY24" sent and delivered by the United States Postal Service via Certified Mail from NIPL LLC, PO Box #2, Kimberling City, Missouri to the Shelby County Register at an address in Memphis, Tennessee.

50.     Based on the above information, there is probable cause to believe that from at least in and around July 2023 and continuing through at least in and around August 2024, in the Western District of Tennessee, and elsewhere, FINDLEY, and others known and unknown to your affiant, aided and abetted by each other, knowingly transferred, possessed, and used, and knowingly caused to be transferred, possessed, and used, without lawful authority, a means of identification that defendant FINDLEY knew belonged to another person, namely, the name of L.M.P., during and in relation to mail fraud, a felony violation of Title 18, United States Code, Section 1341, as set forth in this affidavit.

51.     For all the reasons set forth above, there is probable cause to believe that FINDLEY violated **18 U.S.C. §§ 1341 (Mail Fraud)** and **1028A (Aggravated Identity Theft)**.

<u>**AUTHORIZATION REQUEST**</u>

52.     Based on the foregoing, I request that the Court issue the proposed arrest warrant pursuant to Federal Rule of Criminal Procedure 4 and authorize at least the Federal Bureau of Investigation and the United States Postal Inspection Service to execute such warrant.

22

53.     I further request that the Court order that all papers in support of this application, including the affidavit and arrest warrant, be sealed until the defendant has been placed under arrest. These documents discuss details about an ongoing criminal investigation that are not known to the public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these documents until the defendant has been placed under arrest because their premature disclosure may seriously jeopardize that investigation.

Christopher Townsend
Special Agent
Federal Bureau of Investigation
Affiant

Pursuant to Federal Rule of Criminal Procedure 4.1, the undersigned judicial officer has on this date considered information communicated by [ ] telephone or [ ] other reliable electronic means or [X] both, in reviewing and deciding whether to issue an arrest warrant. In doing so, this judicial officer has placed the affiant under oath and has confirmed by speaking personally with the affiant on the telephone [X] that the signatures on the arrest warrant application and affidavit are those of the affiant or [ ] that the affiant has authorized the placement of the affiant's signatures on the application and affidavit, the documents received by the judicial officer are a correct and complete copy of the documents submitted by the affiant, and the information contained in the arrest warrant application and affidavit are true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on August 15, 2024.

HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE

23

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>LISA JEANINE FINDLEY<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   2:24-cr-20145-JTF-tmp

**FILED UNDER SEAL**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ☑ Information   ❒ Superseding Information   ☑ Complaint

❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

Date: _____

City and state: _____

_____
*Issuing officer's signature*

Chief US Magistrate Judge

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____ |

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases:     LISA HOLDEN; LISA HOWELL; GREGORY NAUSSANY; KURT NAUSSANY; LISA JEANINE SULLINS; and CAROLYN WILLIAMS

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

 

**LISA JEANINE FINDLEY,**
**a/k/a LISA HOLDEN,**
**a/k/a LISA HOWELL,**
**a/k/a GREGORY NAUSSANY,**
**a/k/a KURT NAUSSANY,**
**a/k/a LISA JEANINE SULLINS,**
**a/k/a CAROLYN WILLIAMS,**

**CR. NO.:**  2:24-cr-20145-JTF-tmp

**18 U.S.C. § 1028A**
**18 U.S.C. § 1341**

<span style="color:red">**FILED UNDER SEAL**</span>

---

### MOTION TO SEAL COMPLAINT

---

Comes now the United States of America, by and through Kevin G. Ritz, United States Attorney for the Western District of Tennessee, and Carroll L. Andre, Assistant United States Attorney, and would respectfully move this Honorable Court to seal the Complaint in this case. In support of this motion, the Government states the following:

1.    The investigation is ongoing; and

2.    The defendant may flee, conceal evidence or seek to influence persons cooperating with the investigation if they learn of the investigation's existence.

Based on the foregoing, the United States respectfully requests that the complaint be sealed.

**WHEREFORE**, counsel for the United States respectfully moves this Honorable

Court to seal the complaint and order that remain sealed until the arrest of the defendant.

Respectfully submitted,

Kevin G. Ritz
United States Attorney

By:     *s/ Carroll L. Andre*
Carroll L. Andre
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
(901)544-4231

## <u>CERTIFICATE OF SERVICE</u>

I, Carroll L. Andre, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion was electronically filed, hand delivered, and/or mailed, first class postage prepaid to the Court.

This <u>15th</u> day of August 2024.

By:  *s/* Carroll L. Andre
  Carroll L. Andre
  Assistant United States Attorney

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**LISA JEANINE FINDLEY,
a/k/a LISA HOLDEN,
a/k/a LISA HOWELL,
a/k/a GREGORY NAUSSANY,
a/k/a KURT NAUSSANY,
a/k/a LISA JEANINE SULLINS,
a/k/a CAROLYN WILLIAMS,**

**CR. NO.:** _2:24-cr-20145_-JTF-tmp

**18 U.S.C. § 1028A
18 U.S.C. § 1341**

---

## ORDER MOTION TO SEAL COMPLAINT

---

     Upon motion of the United States and for good cause shown, the indictment against the above-named defendants is hereby ordered sealed until the arrest of the defendant.

     THIS, the 15th day of August, 2024.

**HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE**

4