*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**          **Date: August 16, 2024**

**vs.**          **Case No.: 24-mj-2063-DPR**

**LISA JEANINE FINDLEY**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Rule 5(c)(3) Out – Initial Appearance

**Time Commenced: 1:00 p.m.**          **Time Terminated: 1:07 p.m.**

---

**APPEARANCES**

| | |
|---|---|
| **Plaintiff:** | Randy Eggert, AUSA |
| **Defendant:** | Megan Chalifoux, FPD |
| **USPPTS:** | Joel Sakuda |

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

FPD's appointed for this district only. Government moves for detention. Defendant advised of rights and questioned as to completion of the waiver of Rule 40 hearings. Defendant waives the right to an identity hearing and a detention hearing in this district. Defendant reserves the right to a preliminary and detention hearing in the charging district. Defendant ordered removed to the Western District of Tennessee.

Defendant in custody.

---

**Courtroom Deputy/ERO: Karla Berziel**