IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Criminal Action |
| LISA JEANINE FINDLEY, | ) | No. 24-mj-2063DPR |
| Defendant. | ) | |

**ORDER APPOINTING COUNSEL**

The above-named defendant having appeared before the United States Magistrate Judge on the 16th day of August, 2024, the United States Magistrate Judge finds that defendant not having waived counsel, it is

ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge in this district.

                                                */s/ David P. Rush*
                                                DAVID P. RUSH
                                                United States Magistrate Judge

Date:   August 16, 2024